# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| **HELENA Y. RAJA**, | ) |
| Plaintiff, | ) Case No. EDCV13-01147 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration**, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

DATED: August 11, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge